cci Hona
3/8/06

# ORIGINAL

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

MARSHALL H. SILVERBERG #5111
Assistant U.S. Attorney

GABRIEL COLWELL
Special Assistant U.S. Attorney
Suite 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 440-9247
Facsimile:  (808) 541-2958
E-Mail: gabriel.colwell@usdoj.gov

Attorneys for Plaintiff,
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 2 4 2006

at ___4___ o'clock and ___—___ min. ___au__ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

|  |  |  |
|---|---|---|
| IN THE MATTER OF | ) | ORDER FOR DISMISSAL AND |
|  | ) | RECALL OF BENCH WARRANTS; |
| CRIMINAL INFORMATIONS | ) | ATTACHMENT "A" |
|  | ) |  |
|  | ) |  |

ORDER FOR DISMISSAL AND RECALL OF BENCH WARRANTS

     Pursuant to Rule 48(a) of the Federal Rules of Criminal

Procedure and by leave of the Court endorsed hereon, the United

States Attorney hereby dismisses without prejudice, the Criminal

Informations containing the charges against the defendants listed

in Attachment "A".

     The list of cases set forth in Attachment "A" was

provided to the United States by the United States Marshal

Service as cases that are pending.  The United States Marshal

Service has attempted to locate and serve the listed individuals

with the attached bench warrants, and after best efforts have

been unable to do so.  The United States respectfully requests

that the instant cases be dismissed without prejudice and the

outstanding bench warrants be recalled.  The United States is not

seeking to dismiss any Criminal Information or charge in which

the defendant has been found guilty and/or for which a judgment

of conviction has been entered.  Therefore, the United States'

dismissal shall not apply to any Information or charge listed in

Attachment "A" in which the defendant has been found guilty

and/or a judgment of conviction has been entered.

      DATED: February 21, 2006, at Honolulu, Hawaii.

                EDWARD H. KUBO, JR.
                United States Attorney
                District of Hawaii

                By /s/Gabriel Colwell
                  GABRIEL COLWELL
                  Special Ass't U.S. Attorney

Leave of Court is granted for the filing of the foregoing
dismissal.

      DATED: Honolulu, Hawaii, February 24, 2006.



                Kevin S.C. Chang
                United States Magistrate Judge

IN THE MATTER OF CRIMINAL INFORMATIONS
"Order for Dismissal and Recall of Bench Warrants"
**ATTACHMENT "A"**

| NAME | CRIMINAL NUMBER |
|---|---|
| Farrell, James J. | 95-00009 |
| Gross, Scott A. | 95-00825 |
| Jones, Durand B. K. | 95-00411 |
| Lewis, Brian K. | 95-00014 |
| Nussbaum, George H. | 95-00493 |
| Skaggs, Ryan D. | 95-00364 |
| Walker, Floyd L. | 95-01026 |
| Bernard, Ricky V. | 96-00853 |
| Bruner, Richard E. | 96-00576 |
| Fonoti, Samasoni T. | 96-00158 |
| Bonner, Brett T. | 97-00524 |
| Duncan, Joshua C. | 97-00895 |
| Hurd, Mark A. | 97-01110 |
| Keith, Otis L. | 97-00459 |
| Krukowski, Franciszek | 97-00540 |
| Lauth, Lisa M. | 97-00460 |
| Lee, Faron H. | 97-01111 |
| Martinez, Barbara J. | 97-00397 |
| Matthews, Misty P. | 97-00125 |
| McClennan, Eric V. | 97-00839 |
| Reyes, Nestor P. | 97-01063 |
| Savage, Seon Y. | 97-01064 |
| Soares, Kaleinchi A. | 97-00471 |
| Tidwell, Dustin D. | 97-01044 |
| Williams, Lowell D. | 97-00074 |
| Paese, Nikolao | 97-00053 |
| Gadson, Ned III. | 98-00563 |
| Morris, Raymond J. | 98-00279 |
| O'Conner, Thomas C. | 98-00010 |
| Tagoradoa, Iefata | 98-00118 |
| Farino, Glenn | 99-00075 |
| Long, James | 99-00056 |
| Martinez, Barbara J. | 99-00266 |
| Martinez, Barbara J. | 99-00180 |
| Berthony, Pierre-Louis | 00-00400 |
| Castro, Jovito A. | 00-00032 |

```
Graves, Nathaniel P.      00-00432
Hall, Adams M.            00-00068
Nelson, Tommy J.          00-00390
Pozo, Yajaira             00-00095
Thompson, David L.        00-00165
Bero, Jason P.            01-00055
Cuellar, Filemon III.     01-00258
Dawson, Jermaine S.       01-00102
Fermahin, Stephen         01-00399
Gaballo, Phillip          01-00039
Gardner, Craig S.         01-00392
Guidry, Leinaala K.       01-00276
Himalaya, Larry P.        01-00149
Mars, Jason A.            01-00240
McAlaster, Kate M.        01-00495
Siaosi, Kennedy Jr.       01-00279
Tuimato, Samuela J.       01-00284
Urquidez, Antonio J.      01-00108
Wilkerson, John C.        01-00010
Williams, Jeaninne C.     01-00088
Wilson, Preston L.        01-00285
Winokur, Samuel           01-00398
Chitwood, Joey M.         02-00136
Daniel, Christopher       02-00138
Drew, Bernice             02-00385
Fleischer, Misty          02-00248
Gwynn, Anita              02-00250
Masters, Amber            02-00459
Price, Scott              02-00009
SanAgustin, Richard       02-00010
Taylor, Darren            02-00386
Feeney, Makani            03-00448
Gretz, Sally              03-00443
Rose, Aaron               03-00331
Peguero, Zoilo            03-00329
Dialogu, Michael          04-00228
Finks, Rondishe           04-00028
Holland, Lakeisha B.      04-00007
Leonard, Christine        04-00220
Piepenhagen, Gabriel      04-00307
Ramirez, Josue Y.         04-00009
Faasu, Jerome             04-00425
Carpentier, Coby          04-00005
Vaughan, Juan A.          04-00263
```

```
Mata, Gumaro            05-00093
Toms, David M.          05-00036
Ahern, Sean D.          05-00329
Askew, Paul A.          05-00330
```